**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CRIMINAL NO.  06-00275-KD-C** |
| ) | **CIVIL ACTION NO. 09-00118-KD** |
| **RAUL RAMOS,** ) | |
|     **Defendant.** ) | |

**ORDER**

This matter is before the Court on Petitioner Raul Ramos' *pro se* Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 223), the Government's Response/Motion to Dismiss (Doc. 226), the Report and Recommendation issued by U.S. Magistrate Judge William E. Cassady (Doc. 227) and Defendant's Objection thereto.  (Doc. 228).

In the Report and Recommendation, Judge Cassady recommended that the § 2255 motion to vacate be denied because Petitioner Ramos' claim of prejudice was unsupported by any factual allegations and was wholly conclusory and too insubstantial to require a hearing:

> In his § 2255 motion, moreover, Petitioner Ramos fails to assert a single ground for relief or provide any reason whatsoever why he feels his sentence should be vacated, set aside, or corrected. (Doc. 223.) Notably, on page four of his petition, under the item which directed him to "[s]tate concisely every ground on which you claim that you are being held unlawfully," Petitioner failed to even circle or check any of the ten proffered grounds for relief. (*Id.* at 4.)

(Doc. 227 at 1-2).  In his Objection, Petitioner Ramos asserts that his motion was filed using the proper court approved form and that his claims were properly presented.  (Doc. 228).  Specifically, Petitioner Ramos states, in relevant part, that:

> Contrary to the Magistrate's assertion that Petitioner "fails to assert a single ground for relief," Petitioner raised three claims in his § 2255 Motion, alleging constitutional violations to his rights based on ineffective assistance of counsel.

\* \* \*

> Petitioner filed a 28 U.S.C. § 2255 Motion on March 6, 2009; contrary to the Magistrate assertion that "Petitioner [] fails to assert a single ground for relief," or that he failed to circle or check any of the ten proffered grounds for relief," or that he "failed to circle or check any of the ten proffered grounds for relief" on page four of the petition, see Magistrate Judge's Report p.p. 1-2, Petitioner raised three grounds, basing his claims on violations to the 5th and 6th Amendments to the U.S. Constitution, caused by the ineffective assistance of counsel (IAC) provided by his attorney throughout the proceedings, see § 2255 Motion at page 5.

(Doc. 228 at 2-3).

A review of the record reveals that the Petitioner is correct.  Petitioner Ramos' § 2255 motion was not scanned in its entirety when it was docketed by the Clerk's Office on March 6, 2009, such that Page 5 of the § 2255 motion was inadvertently omitted.

Accordingly, the Clerk of Court is **DIRECTED** to re-scan Petitioner Ramos' § 2255 motion in its entirety and docket the corrected motion as an attachment to the original docket entry (Doc. 223) and then refer the motion to U.S. Magistrate Judge Cassady for further consideration.

**DONE** and **ORDERED** this the **24th** day of **August 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**