# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RAUL RAMOS | * |
| | * CIVIL ACTION NO. 09-0118-KD |
| vs. | * CRIMINAL ACTION NO. 06-0275-KD |
| | * |
| UNITED STATES OF AMERICA | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 9, 2010, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **27th** day of **August 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**